[No. 16463–5–I.   Division One.   June 15, 1987.]

DANIEL A. RAAS, ET AL, *Respondents,* v. ALLIED FIDELITY INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–2–00397–5, Marshall Forrest, J., entered March 15, 1985. *Affirmed* by unpublished opinion

per Winsor, J. Pro Tem., concurred in by Andersen and Horowitz, JJ. Pro Tem.